IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-167-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JORGE ALBERTO ORTIZ-ACOSTA,
2.     FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
       a.k.a. "UM-5566,"
3.     JULIO ALAN ORTIZ-ACOSTA,
4.     ALEJANDRO BLANCO-CABALLERO,
5.     JESUS DURAN-ALTAMIRANO,
       a.k.a. "Chuy,"
6.     OMAR FELIX-MORENO,
7.     RAMON CORTEZ-PELAYO,
8.     EULOGIO ARELLANO JR.,
9.     FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
       a.k.a. "Yogui,"
10.   PAULO TOMAS SALAS-JIMENEZ,
11.   CARMEN VISENTA-HERNANDEZ,
12.   CHRISTIAN MARTINEZ-RAMOS,
13.   FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
       a.k.a. "Pepe,"
14.   LUIS A. SAENZ,
       a.k.a. "Uber,"
15.   FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
       a.k.a. "UM-9901,"
16.   JESUS ALONSO PIZARRO-ZUBIAS,
       a.k.a. "Chapito,"
17.   ERICK DELGADO-MOLINA,
18.   ESVAN SAUL PEREZ,
19.   LUIS ALFONSO ALMANZAN-ARMENDARIZ,
       a.k.a. "Lic,"
20.   HECTOR MORENO-CERRILLO,
21.   NOLBERTO BURCIAGA-DUARTE,
       a.k.a. "The Old Man,"
22.   JESUS EDUARDO FIERRO-LUCERO,
23.   GUILLERMO FUENTES,
24.   ARTURO SALAZAR-SOTO,

1

25.  ROBERT DANIEL ULIBARRI,
     a.k.a. "Chicano,"
26.  JOBEL IRAI FONTES-NIETO,
     a.k.a. "Joel," and "Jobel,"
27.  SONIA JAZMIN SAENZ-OSORIO,
28.  EVER VALENZUELA-RAMOS,
29.  MARIO RUIZ-TAPIA,
30.  ELDER JEOVANY GUTIERREZ-PIZARRO,
31.  EDUARDO TARANGO-TARANGO,
     a.k.a. "Conejo,"
32.  OMAR CORDERO-MENDIOLA, and
33.  BRENDA ANGELICA LOYA,

     Defendants.

---

## INDICTMENT

---

## <u>COUNT 1</u>

On or about and between January 1, 2021, and May 19, 2022, both dates being approximate and inclusive, within the State and District of Colorado and elsewhere, the defendants JORGE ALBERTO ORTIZ-ACOSTA, FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-5566," JULIO ALAN ORTIZ-ACOSTA, ALEJANDRO BLANCO-CABALLERO, JESUS DURAN-ALTAMIRANO, a.k.a. "Chuy," OMAR FELIX-MORENO, RAMON CORTEZ-PELAYO, EULOGIO ARELLANO JR.,  FIRST NAME UKNOWN, LAST NAME UNKNOWN, a.k.a. "Yogui," PAULO TOMAS SALAS-JIMENEZ, CARMEN VISENTA-HERNANDEZ, CHRISTIAN MARTINEZ-RAMOS, FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "Pepe," LUIS A. SAENZ, a.k.a. "Uber," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-9901," JESUS ALONSO PIZARRO-ZUBIAS, a.k.a. "Chapito," ERICK DELGADO-MOLINA, ESVAN SAUL PEREZ, LUIS ALFONSO ALMANZAN-ARMENDARIZ, a.k.a. "Lic," HECTOR MORENO-CERRILLO, NOLBERTO BURCIAGA-DUARTE, a.k.a. "The Old

Man," JESUS EDUARDO FIERRO-LUCERO, GUILLERMO FUENTES, ARTURO SALAZAR-SOTO, ROBERT DANIEL ULIBARRI, a.k.a. "Chicano," JOBEL IRAI FONTES-NIETO, a.k.a. "Joel," and "Jobel," SONIA JAZMIN SAENZ-OSORIO, EVER VALENZUELA-RAMOS, MARIO RUIZ-TAPIA, ELDER JEOVANY GUTIERREZ-PIZARRO, EDUARDO TARANGO-TARANGO, a.k.a. "Conejo," OMAR CORDERO-MENDIOLA, and BRENDA ANGELICA LOYA, and others, did knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute and possess with the intent to distribute one or more of the following: (1) 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii)(II), (2) 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii)(II), and (3) a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## PENALTY ALLEGATIONS:

With respect to defendants JORGE ALBERTO ORTIZ-ACOSTA, JULIO ALAN ORTIZ-ACOSTA, ALEJANDRO BLANCO-CABALLERO, JESUS DURAN-ALTAMIRANO, a.k.a. "Chuy," FIRST NAME UKNOWN, LAST NAME UNKNOWN, a.k.a. "Yogui," PAULO TOMAS SALAS-JIMENEZ, CARMEN VISENTA-HERNANDEZ, CHRISTIAN MARTINEZ-RAMOS, FIRST NAME UNKNOWN, LAST NAME

UNKNOWN, a.k.a. "Pepe," LUIS A. SAENZ,  a.k.a. "Uber," FIRST NAME UNKNOWN,

LAST NAME UNKNOWN, a.k.a. "UM-9901," JESUS ALONSO PIZARRO-ZUBIAS,

a.k.a. "Chapito," ERICK DELGADO-MOLINA, ESVAN SAUL PEREZ, LUIS ALFONSO

ALMANZAN-ARMENDARIZ, a.k.a. "Lic," NOLBERTO BURCIAGA-DUARTE, a.k.a. "The

Old Man," GUILLERMO FUENTES, ARTURO SALAZAR-SOTO, ROBERT DANIEL

ULIBARRI, a.k.a. "Chicano," JOBEL IRAI FONTES-NIETO, a.k.a. "Joel," and "Jobel,"

SONIA JAZMIN SAENZ-OSORIO, EVER VALENZUELA-RAMOS, EDUARDO

TARANGO-TARANGO, a.k.a. "Conejo," OMAR CORDERO-MENDIOLA, and BRENDA

ANGELICA LOYA, the drug amount involved in the conspiracy attributable to these

defendants as a result of their own conduct, and the conduct of others reasonably

foreseeable to them is 5 kilograms and more of a mixture and substance containing a

detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title

21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii)(II).

      With respect to defendants FIRST NAME UNKNOWN, LAST NAME UNKNOWN,

a.k.a. "UM-5566," OMAR FELIX-MORENO, RAMON CORTEZ-PELAYO, EULOGIO

ARELLANO JR., JESUS EDUARDO FIERRO-LUCERO, HECTOR MORENO-

CERRILLO, MARIO RUIZ-TAPIA, and ELDER JEOVANY GUTIERREZ-PIZARRO, the

drug amount involved in the conspiracy attributable to these defendants as a result of

their own conduct, and the conduct of others reasonably foreseeable to them is 500

grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii)(II).

## COUNT 2

On or about August 12, 2021, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA and FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-5566" did knowingly and intentionally use a communications device, a telephone, in committing, and in causing and facilitating the commission of a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 3

On or about August 12, 2021, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA, FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-5566," and JULIO ALAN ORTIZ-ACOSTA did knowingly and intentionally distribute and possess with the intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii)(II) and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 4

On or about August 13, 2021, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA and ALEJANDRO BLANCO-

CABALLERO did knowingly and intentionally use a communications device, specifically a telephone, in committing, and in causing and facilitating the commission of a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 5

On or about August 14, 2021, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA and ALEJANDRO BLANCO-CABALLERO did knowingly and intentionally distribute and possess with the intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii)(II) and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 6

On or about August 14, 2021, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA and OMAR FELIX-MORENO did knowingly and intentionally use a communications device, a telephone, in committing, and in causing and facilitating the commission of a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 7

On or about August 15, 2021, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA, OMAR FELIX-MORENO, and RAMON CORTEZ-PELAYO did knowingly and intentionally distribute and possess with the intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii)(II) and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 8

On or about August 15, 2021, within the State and District of Colorado, the defendant RAMON CORTEZ-PELAYO did knowingly use and carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a Court of the United States, namely a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii)(II) as alleged in Count 7 of this Indictment and did possess a firearm in furtherance of that offense.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 9

On or about August 18, 2021, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA and EULOGIO ARELLANO JR., did knowingly and intentionally use a communications device, a telephone, in committing, and in causing and facilitating the commission of a felony delineated in Title

21 of the United States Code, specifically the crime alleged in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 10

On or about September 13, 2021, within the State and District of Colorado, the defendants FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "Yogui," JORGE ALBERTO ORTIZ-ACOSTA, PAULO SALAS-JIMENEZ did knowingly and intentionally attempt to transport, transmit, or transfer funds from a place in the United States to or through a place outside the United States, with the intent to promote the carrying on of a specified unlawful activity, specifically conspiracy to distribute and possess with the intent to distribute cocaine as alleged in Count 1 of this indictment; knowing that the funds involved in the transportation, transmission, or transfer represent the proceeds of some form of unlawful activity, and knowing that such transportation, transmission, or transfer was designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of the specified unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(2)(A) and (B)(i).

## COUNT 11

On or about September 18, 2021, within the State and District of Colorado and elsewhere, the defendant CARMEN VISENTA-HERNANDEZ did travel in interstate commerce with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of an unlawful activity, specifically violations of Title 21, United States Code, Sections 841(a)(1) and 846 as

8

alleged in Count 1 of this Indictment, and thereafter performed and attempted to perform an act to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of that unlawful activity.

All in violation of Title 18, United States Code, Section 1952(a)(3)(A).

## COUNT 12

On or about September 18, 2021, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA and CARMEN VISENTA-HERNANDEZ did knowingly and intentionally use a communications device, specifically a telephone, in committing, and in causing and facilitating the commission of a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 13

On or about September 18, 2021, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA, CARMEN VISENTA-HERNANDEZ, and CHRISTIAN MARTINEZ-RAMOS did knowingly and intentionally distribute and possess with the intent to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii)(II) and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 14

On or about September 25, 2021, within the State and District of Colorado, the defendants ALEJANDRO BLANCO-CABALLERO and FIRST NAME UNKNOWN, LAST

NAME UNKNOWN, a.k.a. "UM-9901," did knowingly and intentionally use a communications device, a telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 15

On or about September 25, 2021, within the State and District of Colorado, the defendants ALEJANDRO BLANCO-CABALLERO and ERICK DELGADO-MOLINA did knowingly and intentionally use a communications device, a telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 16

On or about September 25, 2021, within the State and District of Colorado, the defendants ALEJANDRO BLANCO-CABALLERO and FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "Pepe," did knowingly and intentionally use a communications device, a telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 17

On or about September 26, 2021, within the State and District of Colorado, the defendants ALEJANDRO BLANCO-CABALLERO and JESUS ALONSO PIZARRO-ZUBIAS, a.k.a. "Chapito," did knowingly and intentionally use a communications device, a telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 18

On or about September 26, 2021, within the State and District of Colorado, the defendants FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "Pepe," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "UM-9901," ALEJANDRO BLANCO-CABALLERO, JESUS ALONSO PIZARRO-ZUBIAS, a.k.a. "Chapito," and ERICK DELGADO-MOLINA did knowingly and intentionally distribute and possess with the intent to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii)(II) and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 19

On or about September 27, 2021, within the State and District of Colorado, the defendants ALEJANDRO BLANCO-CABALLERO and LUIS A. SAENZ, a.k.a. "Uber," did knowingly and intentionally use a communications device, a telephone, in committing, and in causing and facilitating the commission of, a felony delineated in

Title 21 of the United States Code, specifically the crime alleged in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## **COUNT 20**

On or about September 27, 2021, within the State and District of Colorado and elsewhere, the defendant LUIS A. SAENZ, a.k.a. "Uber," did travel in interstate commerce with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of an unlawful activity, specifically violations of Title 21, United States Code, Sections 841(a)(1) and 846 as alleged in Count 1 of this Indictment, and thereafter performed and attempted to perform an act to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of that unlawful activity.

All in violation of Title 18, United States Code, Section 1952(a)(3)(A).

## **COUNT 21**

On or about September 27, 2021, within the State and District of Colorado, the defendants FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "Pepe," ALEJANDRO BLANCO-CABALLERO and LUIS A. SAENZ, a.k.a. "Uber," did knowingly and intentionally distribute and possess with the intent to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii)(II) and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 22

On or about September 28, 2021, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA, ALEJANDRO BLANCO-CABALLERO, FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "Pepe," and ESVAN PEREZ did knowingly and intentionally attempt to transport, transmit, or transfer funds from a place in the United States to or through a place outside the United States, with the intent to promote the carrying on of a specified unlawful activity, specifically conspiracy to distribute and possess with the intent to distribute cocaine as alleged in Count 1 of this indictment; knowing that the funds involved in the transportation, transmission, or transfer represent the proceeds of some form of unlawful activity, and knowing that such transportation, transmission, or transfer was designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of the specified unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(2)(A) and (B)(i).

## COUNT 23

On or about October 5, 2021, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA and LUIS ALFONSO ALMANZAN-ARMENDARIZ, a.k.a. "Lic," did knowingly and intentionally use a communications device, a telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 24

On or about October 5, 2021, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA and CHRISTIAN MARTINEZ-RAMOS did knowingly and intentionally use a communications device, a telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 25

On or about October 5, 2021, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA, CHRISTIAN MARTINEZ-RAMOS, LUIS ALFONSO ALMANZAN-ARMENDARIZ, a.k.a. "Lic," and HECTOR MORENO-CERRILLO did knowingly and intentionally distribute and possess with the intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii)(II) and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 26

On or about October 5, 2021, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA and NOLBERTO BURCIAGA-DUARTE, a.k.a. "The Old Man," did knowingly and intentionally use a communications device, a telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in

14

Count 1 of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 27

On or about October 6, 2021, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA, CHRISTIAN MARTINEZ-RAMOS and NOLBERTO BURCIAGA-DUARTE, a.k.a. "The Old Man," did knowingly and intentionally distribute and possess with the intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii)(II) and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 28

On or about October 7, 2021, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA, CHRISTIAN MARTINEZ-RAMOS, JULIO ALAN ORTIZ-ACOSTA and GUIELLERMO FUENTES did knowingly and intentionally attempt to transport, transmit, or transfer funds from a place in the United States to or through a place outside the United States, with the intent to promote the carrying on of a specified unlawful activity, specifically conspiracy to distribute and possess with the intent to distribute cocaine as alleged in Count 1 of this indictment; knowing that the funds involved in the transportation, transmission, or transfer represent the proceeds of some form of unlawful activity, and knowing that such transportation, transmission, or transfer was designed in whole or in part to conceal or disguise the

nature, the location, the source, the ownership, or the control of the proceeds of the specified unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(2)(A) and (B)(i).

## COUNT 29

On or about November 5, 2021, within the State and District of Colorado and elsewhere, the defendant CARMEN VISENTA-HERNANDEZ did travel in interstate commerce with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of an unlawful activity, specifically violations of Title 21, United States Code, Sections 841(a)(1) and 846 as alleged in Count 1 of this Indictment, and thereafter performed and attempted to perform an act to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of that unlawful activity.

All in violation of Title 18, United States Code, Section 1952(a)(3)(A).

## COUNT 30

On or about November 5, 2021, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA and CARMEN VISENTA-HERNANDEZ did knowingly and intentionally distribute and possess with the intent to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii)(II) and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 31

On or about December 5, 2021, within the State and District of Colorado, the defendants FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "Pepe," ALEJANDRO BLANCO-CABALLERO and ARTURO SALAZAR-SOTO did knowingly and intentionally distribute and possess with the intent to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii)(II) and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 32

On or about December 7, 2021, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA and LUIS ALFONSO ALMANZAN-ARMENDARIZ, a.k.a. "Lic," did knowingly and intentionally use a communications device, a telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 33

On or about December 7, 2021, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA, LUIS ALFONSO ALMANZAN-ARMENDARIZ, a.k.a. "Lic," and JESUS EDUARDO FIERRO-LUCERO did knowingly and intentionally distribute and possess with the intent to distribute 500 grams and more

of a mixture and substance containing a detectable amount of Cocaine, a Schedule II
Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and
(b)(1)(B)(ii)(II) and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 34

On or about December 8, 2021, within the State and District of Colorado and
elsewhere, the defendant JESUS EDUARDO FIERRO-LUCERO did travel in interstate
commerce with the intent to promote, manage, establish, carry on, and facilitate the
promotion, management, establishment, and carrying on, of an unlawful activity,
specifically violations of Title 21, United States Code, Sections 841(a)(1) and 846 as
alleged in Count 1 of this Indictment, and thereafter performed and attempted to
perform an act to promote, manage, establish, carry on, and facilitate the promotion,
management, establishment, and carrying on, of that unlawful activity.

All in violation of Title 18, United States Code, Section 1952(a)(3)(A).

## COUNT 35

On or about December 17, 2021, within the State and District of Colorado and
elsewhere, the defendant ARTURO SALAZAR-SOTO did travel in interstate commerce
with the intent to promote, manage, establish, carry on, and facilitate the promotion,
management, establishment, and carrying on, of an unlawful activity, specifically
violations of Title 21, United States Code, Sections 841(a)(1) and 846 as alleged in
Count 1 of this Indictment, and thereafter performed and attempted to perform an act to

promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of that unlawful activity.

All in violation of Title 18, United States Code, Section 1952(a)(3)(A).

### COUNT 36

On or about December 18, 2021, within the State and District of Colorado, the defendants ALEJANDRO BLANCO-CABALLERO and ARTURO SALAZAR-SOTO did knowingly and intentionally use a communications device, a telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

### COUNT 37

On or about December 18, 2021, within the State and District of Colorado, the defendants ALEJANDRO BLANCO-CABALLERO and JESUS ALONSO PIZARRO-ZUBIAS, a.k.a. "Chapito," did knowingly and intentionally use a communications device, a telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

### COUNT 38

On or about December 18, 2021, within the State and District of Colorado, the defendants ALEJANDRO BLANCO-CABALLERO, JESUS ALONSO PIZARRO ZUBIAS, a.k.a. "Chapito," FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "Pepe," and ARTURO SALAZAR-SOTO did knowingly and intentionally attempt to

transport, transmit, or transfer funds from a place in the United States to or through a place outside the United States, with the intent to promote the carrying on of a specified unlawful activity, specifically conspiracy to distribute and possess with the intent to distribute cocaine as alleged in Count 1 of this indictment; knowing that the funds involved in the transportation, transmission, or transfer represent the proceeds of some form of unlawful activity, and knowing that such transportation, transmission, or transfer was designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of the specified unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(2)(A) and (B)(i).

## COUNT 39

On or about December 29, 2021, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA and ROBERT DANIEL ULIBARRI, a.k.a. "Chicano," did knowingly and intentionally use a communications device, a telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 40

On or about January 3, 2022, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA, CHRISTIAN MARTINEZ-RAMOZ and ROBERT DANIEL ULIBARRI, a.k.a. "Chicano," did knowingly and intentionally distribute and possess with the intent to distribute 500 grams and more of a mixture and

20

substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii)(II) and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 41

On or about January 12, 2022, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA and SONIA JAZMIN SAENZ-OSORIO did knowingly and intentionally use a communications device, a telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 42

On or about January 12, 2022, within the State and District of Colorado and elsewhere, the defendant EVER VALENZUELA-RAMOS did travel in interstate commerce with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of an unlawful activity, specifically violations of Title 21, United States Code, Sections 841(a)(1) and 846 as alleged in Count 1 of this Indictment, and thereafter performed and attempted to perform an act to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of that unlawful activity.

All in violation of Title 18, United States Code, Section 1952(a)(3)(A).

## COUNT 43

On or about January 13, 2022, within the State and District of Colorado, the defendants JOBEL FONTES-NIETO, SONIA JAZMIN SAENZ-OSORIO, EVER VALENZUELA-RAMOS, and JORGE ALBERTO ORTIZ-ACOSTA did knowingly and intentionally distribute and possess with the intent to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii)(II) and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 44

On or about January 13, 2022, within the State and District of Colorado, the defendant SONIA JAZMIN SAENZ-OSORIO did knowingly use and carry a firearm during and in relation to a drug trafficking crime for which she may be prosecuted in a Court of the United States, namely a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii)(II) as alleged in Count 42 of this Indictment and did possess a firearm in furtherance of that offense.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 45

On or about January 20, 2022, within the State and District of Colorado, the defendants JESUS ALONZO PIZARRO-ZUBIAS, a.k.a. "Chapito," and MARIO RUIZ-TAPIA did knowingly and intentionally use a communications device, a telephone, in committing,

and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 46

On or about January 20, 2022, within the State and District of Colorado, the defendants JESUS ALONSO PIZARRO-ZUBIAS, a.k.a. "Chapito," and ELDER JEOVANY GUTIERREZ-PIZARRO did knowingly and intentionally use a communications device, a telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 47

On or about January 20, 2022, within the State and District of Colorado, the defendants JESUS ALONSO PIZARRO-ZUBIAS, a.k.a. "Chapito," and ELDER JEOVANY GUTIERREZ-PIZARRO and MARIO RUIZ-TAPIA did knowingly and intentionally distribute and possess with the intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii)(II) and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 48

On or about February 28, 2022, within the State and District of Colorado, the defendants ALEJANDRO BLANCO-CABALLERO and EDUARDO TARANGO-

TARANGO, a.k.a. "Conejo," did knowingly and intentionally use a communications device, a telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 49

On or about February 28, 2022, within the State and District of Colorado and elsewhere, the defendant OMAR CORDERO-MENDIOLA did travel in interstate commerce with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of an unlawful activity, specifically violations of Title 21, United States Code, Sections 841(a)(1) and 846 as alleged in Count 1 of this Indictment, and thereafter performed and attempted to perform an act to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of that unlawful activity.

All in violation of Title 18, United States Code, Section 1952(a)(3)(A).

## COUNT 50

On or about February 28, 2022, within the State and District of Colorado, the defendants FIRST NAME UNKNOWN, LAST NAME UNKNOWN, a.k.a. "Pepe," ALEJANDRO BLANCO-CABALLERO, OMAR CORDERO-MENDIOLA, and EDUARDO TARANGO-TARANGO, a.k.a. "Conejo," did knowingly and intentionally distribute and possess with the intent to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii)(II) and Title 18, United States Code, Section 2 (aiding and abetting).

## COUNT 51

On or about February 24, 2022, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA and JOBEL IRAI FONTES-NIETO, a.k.a. "Joel," and "Jobel," did knowingly and intentionally use a communications device, a telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 52

On or about March 2, 2022, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA and  BRENDA ANGELICA LOYA did knowingly and intentionally use a communications device, a telephone, in committing, and in causing and facilitating the commission of, a felony delineated in Title 21 of the United States Code, specifically the crime alleged in Count 1 of this Indictment.

All in violation of Title 21, United States Code, Sections 843(b) and (d).

## COUNT 53

On or about March 2, 2022, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ-ACOSTA, JULIO ALAN ORTIZ-ACOSTA, JOBEL IRAI FONTES-NIETO, a.k.a. "Joel," and "Jobel, and BRENDA ANGELICA LOYA did knowingly and intentionally attempt to transport, transmit, or transfer funds

from a place in the United States to or through a place outside the United States, with the intent to promote the carrying on of a specified unlawful activity, specifically conspiracy to distribute and possess with the intent to distribute cocaine as alleged in Count 1 of this indictment; knowing that the funds involved in the transportation, transmission, or transfer represent the proceeds of some form of unlawful activity, and knowing that such transportation, transmission, or transfer was designed in whole or in part to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of the specified unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(2)(A) and (B)(i).

## COUNT 54

On or about March 23, 2022, within the State and District of Colorado, the defendants JORGE ALBERTO ORTIZ ACOSTA and JULIO ALAN ORTIZ-ACOSTA did knowingly and intentionally distribute and possess with the intent to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii)(II) and Title 18, United States Code, Section 2 (aiding and abetting).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 54 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853 and Section 982(a)(1).

Upon conviction of the violations described Counts 1 through 9, 11 through 21,

23 through 27, 29 through 37, and 39 through 52 above, the defendants:

1.     JORGE ALBERTO ORTIZ-ACOSTA,
2.     FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
      a.k.a. "UM-5566,"
3.     JULIO ALAN ORTIZ-ACOSTA,
4.     ALEJANDRO BLANCO-CABALLERO,
5.     JESUS DURAN-ALTAMIRANO,
      a.k.a. "Chuy,"
6.     OMAR FELIX-MORENO,
7.     RAMON CORTEZ-PELAYO,
8.     EULOGIO ARELLANO JR.,
9.     FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
      a.k.a. "Yogui,"
10.     PAULO TOMAS SALAS-JIMENEZ,
11.     CARMEN VISENTA-HERNANDEZ,
12.     CHRISTIAN MARTINEZ-RAMOS,
13.     FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
      a.k.a. "Pepe,"
14.     LUIS A. SAENZ,
      a.k.a. "Uber,"
15.     FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
      a.k.a. "UM-9901,"
16.     JESUS ALONSO PIZARRO-ZUBIAS,
      a.k.a. "Chapito,"
17.     ERICK DELGADO-MOLINA,
18.     ESVAN SAUL PEREZ,
19.     LUIS ALFONSO ALMANZAN-ARMENDARIZ,
      a.k.a. "Lic,"
20.     HECTOR MORENO-CERRILLO,
21.     NOLBERTO BURCIAGA-DUARTE,
      a.k.a. "The Old Man,"
22.     JESUS EDUARDO FIERRO-LUCERO,
23.     GUILLERMO FUENTES,
24.     ARTURO SALAZAR-SOTO,
25.     ROBERT DANIEL ULIBARRI,
      a.k.a. "Chicano,"
26.     JOBEL IRAI FONTES-NIETO,
      a.k.a. "Joel," and "Jobel,"
27.     SONIA JAZMIN SAENZ-OSORIO,
28.     EVER VALENZUELA-RAMOS,
29.     MARIO RUIZ-TAPIA,
30.     ELDER JEOVANY GUTIERREZ-PIZARRO,

31.    EDUARDO TARANGO-TARANGO,
       a.k.a. "Conejo,"
32.    OMAR CORDERO-MENDIOLA, and
33.    BRENDA ANGELICA LOYA,

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853

any and all of the defendant's right, title and interest in all property constituting and

derived from any proceeds obtained directly and indirectly as a result of such offense,

and in all property used, or intended to be used, in any manner or part, to commit, or to

facilitate the commission of such offense, including,

1.    A money judgment of at least $2,000,000 obtained by the conspiracy and
      by the defendants,

If any of the property described in the paragraph above, as a result of any act or

omission of the defendants:

(1)    cannot be located upon the exercise of due diligence,
(2)    has been transferred or sold to, or deposited with, a third
       party,
(3)    has been placed beyond the jurisdiction of the Court,
(4)    has been substantially diminished in value, or
(5)    has been commingled with other property which
       cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p), to seek forfeiture of any other property of said defendant up to the value of the

forfeitable property.

Upon conviction of the violations alleged in Count 10, 22, 28, 38, and 53 of this

Indictment, including violations of Title 18, United States Code, Sections 1956(a)(2)(A)

and (B)(i), the defendants:

1.    JORGE ALBERTO ORTIZ-ACOSTA,
4.    ALEJANDRO BLANCO-CABALLERO,
9.    FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
      a.k.a. "Yogui,"

28

10.    PAULO TOMAS SALAS-JIMENEZ,
12.    CHRISTIAN MARTINEZ-RAMOS,
13.    FIRST NAME UNKNOWN, LAST NAME UNKNOWN,
       a.k.a. "Pepe,"
16.    JESUS ALONSO PIZARRO-ZUBIAS,
       a.k.a. "Chapito,"
18.    ESVAN SAUL PEREZ,
24.    GUILLERMO FUENTES,
25.    ARTURO SALAZAR-SOTO,
27.    JOBEL IRAI FONTES-NIETO,
       a.k.a. "Joel," and "Jobel," and
28.    BRENDA ANGELICA LOYA,

shall forfeit to the United States of America, pursuant to Title 18, United States Code,

Section 982(a)(1), any property, real or personal, involved in such offense, and any

property traceable to such property, including, but not limited to: shall forfeit to the

United States of America, pursuant to Title 18, United States Code, Section 982(a)(1),

any property, real or personal, involved in such offense, and any property traceable to

such property, including, but not limited to::

1.    $17.519.00 seized on August 14, 2021, from RAMON CORTES-PELAYO
      on I-25 South in Colorado;

2.    $262,630.00 seized September 13, 2021, from PAULO TOMAS SALAS-
      JIMENEZ at the Hyatt House Denver Hotel, 440 14th Street, Denver,
      Colorado, Room 1103;

3.    $251,140.00 seized on September 28, 2021, from ESVAN SAUL PEREZ
      on I-25 South in Colorado;

4.    $10,000.00 seized on October 6, 2021, from NOLBERTO BURCIAGA-
      DUARTE on I-25 South in Colorado;

5.    $149,330.00 seized on October 7, 2021, from GUILLERMO FUENTES
      and ROSALINDA-GARCIA-FIGUERORA on I-25 South in Colorado;

6.    $6,035.00 seized on December 8, 2021, from JESUS FIERRO-LUCERO
      on Eastbound I-80 in Nebraska

7.    $70,000.00 seized on December 18, 2021, from ARTURO SALAZAR-
      SOTO on I-25 South in Colorado;

8.  $12,000 seized on December 28, 2021, from JESUS FIERRO-LUCERO on 7th and Federal in Colorado;

9.  $54,458.00 seized on January 13, 2022, from SONIA JAZMIN SAENZ-OSORIO near the Super 8 Motel, 4700 Kipling Street, Wheatridge, Colorado;

10. $180,000.00 seized on March 2, 2022, from BRENDA LOYA on I-25 South in Colorado;

11. $140,000.00 seized on March 25, 2022, from 2840 South Elati Street, Unit #1, Englewood, Colorado;

12. $117,660.00 seized on March 25, 2022, from 2840 South Elati Street, Unit #2, Englewood, Colorado; and

13. A sum of money equal to the value of the property involved in the offense.

If any of the property described above, as a result of any act or omission of the defendants:

(1)  cannot be located upon the exercise of due diligence,
(2)  has been transferred or sold to, or deposited with, a third party,
(3)  has been placed beyond the jurisdiction of the Court,
(4)  has been substantially diminished in value, or
(5)  has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code,

Section 853(p), incorporated by Title 18, United States Code, Section 982, to seek

forfeiture of any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 18, United States Code, Section 982(a)(1) and Title 21, United States Code, Section 853.

A TRUE BILL:

_____
FOREPERSON

COLE FINEGAN
United States Attorney

By: *s/Stephanie Podolak*
Stephanie Podolak
Assistant United States Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Stephanie.podolak@usdoj.gov
Attorney for the United States