DEFENDANT:          JORGE ALBERTO ORTIZ-ACOSTA

AGE/YOB:            1993

COMPLAINT           __X___ Yes      _____ No
FILED?

                    If Yes, MAGISTRATE CASE NUMBER    22-mj-0053-NYW

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _X_ Yes    __ No

OFFENSE(S):         **Count 1:** Title 21, United States Code, Sections 841(a)(1),
                    (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to
                    distribute and possess with the intent to distribute various amounts
                    of a mixture and substance containing a detectable amount of
                    cocaine, a Schedule II Controlled Substance

                    **Counts 13, 30, 43, 54:** 21 U.S.C. §§ 841(a)(1) and
                    841(b)(1)(A)(ii)(II), 18 U.S.C. § 2; Distribution or Possession with the
                    Intent to Distribute 5 kilograms or more of a mixture or substance
                    containing a detectable amount of cocaine, a Schedule II Controlled
                    Substance and Aiding and Abetting the Same

                    **Counts 3, 5, 7, 25, 27, 33, 40:** 21 U.S.C. §§ 841(a)(1) and
                    841(b)(1)(B)(ii)(II); 18 U.S.C. § 2; Distribution and Possession with
                    the Intent to Distribute 500 grams and more of a mixture and
                    substance containing a detectable amount of cocaine, a Schedule II
                    Controlled Substance and Aiding and Abetting the Same

                    **Counts 2, 4, 6, 9, 12, 23, 24, 26, 32, 36, 39, 41, 51, 52:** Title 21
                    U.S.C. § 843(b) and (d); Use of a Communication Facility in
                    Connection with Drug Trafficking

                    **Counts 10, 22, 28, 53:** Title 18, United States Code, Sections
                    1956(a)(2)(A) and (B)(i); Knowingly and intentionally attempting to
                    transport or transfer funds from a place within the United States to
                    or through a place outside the United States, with the intent to
                    promote the carrying on of specified unlawful activity, specifically
                    conspiracy to distribute and possess with the intent to distribute
                    cocaine

LOCATION OF         Denver County, Denver, Colorado
OFFENSE:

PENALTY:

**Count 1**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

**Counts 13, 30, 43, 54**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

**Counts 3, 5, 7, 25, 27, 33, 40**
NLT 5 years
NMT 40 years imprisonment
At least 4 years Supervised Release
$5,000,000 fine
$100 Special Assessment

**Counts 2, 4, 6, 9, 12, 23, 24, 26, 32, 36, 39, 41, 51, 52**
NMT 4 years in prison
NMT 1-year of supervised release
NMT $250,000.00 fine
$100 Special Assessment

**Counts 10, 22, 28, 53**
NMT 20 years imprisonment
NLT 5 years Supervised Release
NMT $500,000.00 or twice the value of the property involved in the money laundering transactions
$100 Special Assessment

AGENT:  Michael Gutke
Special Agent, Drug Enforcement Administration

AUTHORIZED BY:  Stephanie Podolal
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___five days or less; __X_ over five days
THE GOVERNMENT

 X__ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.