DEFENDANT:     JESUS DURAN-ALTAMIRANO,
a.k.a. "Chuy,"

AGE/YOB:     Unknown

COMPLAINT
FILED?     _____ Yes    ____X____ No

If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? __ Yes __ No

OFFENSE(S):     **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance

LOCATION OF
OFFENSE:     Denver County; Denver, Colorado

PENALTY:     **Count 1**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

AGENT:     Michael Gutke
Special Agent, Drug Enforcement Administration

AUTHORIZED
BY:     Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less; _X__ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.